**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**BEAUFORT DIVISION**

| | |
|---|---|
| SUSAN PRESLEY, ) | Civil Action No.: 9:18-cv-1945-BHH |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION OF DISMISSAL** |
| vs. ) | **WITH PREJUDICE** |
| ) | |
| BEAUFORT COUNTY SCHOOL DISTRICT, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

YOU WILL PLEASE TAKE NOTICE that the parties to this dispute have resolved the differences between them;

Now, therefore, at the instance of the plaintiff and with the consent of the defendant, this action, including all claims therein asserted by all parties, is hereby dismissed and ended with prejudice pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure.

IT IS SO AGREED AND STIPULATED.

| | |
|---|---|
| WE SO STIPULATE: | WE SO STIPULATE: |
| HITCHCOCK & POTTS | LINDEMANN & DAVIS, P.A. |
| By: *s/A. Christopher Potts* | By: *s/Andrew F. Lindemann* |
| Federal ID No.: 5517 | Andrew F. Lindemann, Federal ID No.: 5070 |
| 31 Broad Street (P.O. Box 1113) | 5 Calendar Court, Suite 202 (P.O. Box 6923) |
| Charleston, SC 29401 (29402) | Columbia, SC 29260 |
| Telephone: (843) 577-5000 | Telephone: (803) 881-8920 |
| Email: hitchp@bellsouth.net | Email: andrew@ldlawsc.com |
| *Attorneys for the Plaintiff* | *Attorneys for the Defendant* |
| Charleston, South Carolina | Columbia, South Carolina |
| October 6, 2021 | October 6, 2021 |